# United States District Court
## EASTERN DISTRICT OF WISCONSIN

---

S.C. JOHNSON & SON, INC.

        Plaintiff,

      v.                                                    Case No. 10-C-681

GRAHAM KENT PHARR,

        Defendant.

---

### COURT MINUTES
### HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

---

| | |
|---|---|
| Date: | August 6, 2013 |
| Proceeding: | Telephonic Status Conference |
| Start Time: | 3:17:44 p.m.                    End Time: 3:21:10 p.m. |
| Court Reporter: | FTR Gold                        Deputy Clerk: Kris Wilson |
| Appearances: | Plaintiff: Attorney Rebecca Farley plaintiff<br>Defendant: Graham Kent Pharr, pro se |
| Disposition: | Plaintiff's oral motion to dismiss defendant Pharr is granted.<br><br>This case is dismissed with prejudice and without costs. |